UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAMILA DABROWSKI, on behalf of herself and all
others similarly situated,

                                        Plaintiff,         **Docket No.: 11-cv-4168**
                                                                         **(JO)**

                -against-

ZEN RESTORATION INC., ZEN GENERAL
CONSTRUCTION & RENOVATION LTD.,
BERNARD SOBUS and HALINA SOBUS,

                                        Defendants.
------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the named plaintiff Kamila Dabrowski, the opt-in plaintiffs Waldemar Dec, Marek Kowalewski and Sebastian Roginski, who filed consents to joinder pursuant to 29 U.S.C. 216(b) (all, collectively, "Plaintiffs"), and defendants Zen Restoration Inc., Zen General Construction & Renovation Ltd.., Bernard Sobus and Halina Sobus (collectively, "Defendants") through their respective counsel who are authorized by their clients to execute this document, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all claims against Defendants and all counterclaims against Plaintiffs in the above-captioned action be dismissed with prejudice, except that this Court retains jurisdiction to interpret and enforce the terms of the Settlement Agreement, entered into by the parties on

[no more text on this page]

November 28, 2012. Except as otherwise stated in the said Settlement Agreement, each party is to bear its own fees and costs.

Dated: New York, NY
      November 28, 2012

**For Defendants:**
Lewis Brisbois Bisgaard & Smith LLP

By: _____
    Peter T. Shapiro, Esq.
77 Water Street, Suite 2100
New York, New York 10005
Tel.: (212) 232-1322

**For Plaintiffs**
Robert Wisniewski P.C.

By: _____
    Robert Wisniewski, Esq.
225 Broadway, Suite 1020
New York, NY 10007
Tel. (212) 267-2101

SO ORDERED:

s/ James Orenstein     1/24/13
_____
Hon. JAMES ORENSTEIN, U.S.M.J.